UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

JASON ANDREWS,

          Plaintiff,

    v.                                   CAUSE NO. 1:23-CV-420 DRL-SLC

JONESBORO, INDIANA,

          Defendant.

## ORDER

The parties having filed their Joint Motion for Relief from Judgment or Order to Reflect that Stipulation is Without Prejudice, and the Court having read the motion and being duly advised finds that relief should be granted, and, ORDERS that the dismissal of this case is without prejudice, with each party to pay its own costs and attorney fees.

SO ORDERED.

January 23, 2024                         *s/ Damon R. Leichty*
                                           Judge, United States District Court